**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

DANIEL ANGELUCCI,      :   No. 294 EAL 2017
                 :
        Petitioner       :
                 :   Petition for Allowance of Appeal from
                 :   the Order of the Commonwealth Court
       v.                :
                 :
                 :
PENNSYLVANIA LABOR RELATIONS   :
BOARD,                  :
                 :
        Respondent     :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 20th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.